# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>  vs.<br><br>SELENA SANCHEZ, HAYDEE ARIAS SANCHEZ, A.J.S., a Minor, and A.J., a Minor,<br><br>      Defendant. | Case No. 2:16-cv-00787-MCE-AC<br><br>**ORDER DIRECTING DEPOSIT OF INTERPLEADER FUNDS** |

1    Plaintiff-in-Interpleader Metropolitan Life Insurance Company ("MetLife"),
2 has filed the above-captioned interpleader action pursuant to Rule 22 of the Federal
3 Rules of Civil Procedure.  The action relates to the matter of who is entitled to the
4 life insurance benefits payable due to the death of Neal Sanchez under the JM Eagle
5 Life and Disability Program.  It is therefore appropriate for MetLife to deposit with
6 the Court Clerk the life insurance benefits at issue in this action.  Accordingly, leave
7 is hereby granted for MetLife, or its authorized agent or representative, to deposit
8 with the Court Clerk a check made payable to the "Clerk, U.S. District Court,
9 Eastern District of California" in the amount of $14,500 plus any accrued interest.
10 This amount represents the life insurance benefits at issue, plus interest.  Such
11 deposit may be made at any time after this order is signed by the Court.
12    IT IS SO ORDERED
13 Dated:  May 4, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1