# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SELENA SANCHEZ, et al.,<br><br>Defendants. | No. 2:16-cv-00787-MCE-AC<br><br>**ORDER** |

Judgment was entered and this action was closed on July 1, 2022. The Clerk of the Court is directed to return all remaining interpleader funds deposited in the Court's registry for this case by Plaintiff Metropolitan Life Insurance Company, plus the accrued interest, to that party forthwith.

IT IS SO ORDERED.

Dated: July 25, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1